# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# ST-91CR57-MU
# 5:92CR23-MU
# 5:95CR08-1-MU
# 5:95CR21-1-MU

| | |
|---|---|
| GUSTAV W. KLOSZEWSKI,  ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** comes before the Court upon Petitioner's Petition for Writ of Error Coram Nobis, filed October 31, 2005.

After careful review of the motion and case file, the undersigned finds that the United States Attorney should file an Answer detailing Petitioner's allegations and responding to each.

**THEREFORE, IT IS HEREBY ORDERED that** no later than thirty (30) days from the filing of this Order, the United States Attorney shall file an Answer to Petitioner's Petitioner's Petition for Writ of Error Coram Nobis, detailing Petitioner's allegations and responding to each.

**Signed: November 3, 2005**

Graham C. Mullen
Chief United States District Judge